**Peter J. Viteznik, OSB No. 944540**
pviteznik@kilmerlaw.com
KILMER, VOORHEES & LAURICK, P.C.
2701 NW Vaughn Street, Suite 780
Portland, Oregon  97210
Telephone: (503) 224-0055
Fax: (503) 222-5290

*Liaison Counsel for Proposed Lead Plaintiff*
*Additional Counsel on Signature Page*


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| CHADWICK P. TRUEDSON, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NUSCALE POWER CORPORATION, JOHN L. HOPKINS, ROBERT RAMSEY HAMADY, and FLUOR CORPORATION,<br><br>　　　　　Defendants. | Case No. 3:26-cv-00328-JR<br><br>CLASS ACTION<br><br>DECLARATION OF PETER J. VITEZNIK IN SUPPORT OF MOVANT MARK BERTHOLD'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL<br><br>Magistrate Judge: Hon. Jolie A. Russo |

I, Peter J. Viteznik, declare as follows:

I am a member of the bar of the State of Oregon and counsel for movant Mark Berthold ("Movant"), and proposed Liaison Counsel for proposed Lead Plaintiff and the class.  I make this Declaration in support of Movant's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

Attached are true and correct copies of the following exhibits:

Page 1 –   DECLARATION OF PETER J. VITEZNIK IN SUPPORT OF
MOVANT MARK BERTHOLD'S MOTION FOR APPOINTMENT AS LEAD
PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL
Case No.: 3:26-cv-00328-JR

Exhibit A:    Published Notice, *Robbins Geller Rudman & Dowd LLP Files Class Action Lawsuit Against NuScale Power Corporation (SMR), Announces Opportunity for Investors with Substantial Losses to Lead NuScale Class Action Lawsuit*, Business Wire (Feb. 18, 2026);

Exhibit B:    Movant's Certification;

Exhibit C:    Movant's Declaration;

Exhibit D:    Chart of Movant's Purchases and Losses;

Exhibit E:    Firm resume of Robbins LLP; and

Exhibit F:    Firm resume of Kilmer Voorhees & Laurick, PC.

I declare under penalty of perjury, on this 20th day of April, 2026, under the laws of the United States of America that the foregoing is true and correct.

KILMER VOORHEES & LAURICK, PC

/s/ *Peter J. Viteznik*
Peter J. Viteznik, OSB No. 944540
2701 NW Vaughn Street, Suite 780
Portland, OR 97210
Telephone: (503) 224-0055
Facsimile: (503) 5290

*Counsel for Movant Mark Berthold and*
*[Proposed] Liaison Counsel*

M:\9999\PJV\Truedson v. Fluor\2026-0420 Dec of PJV (Berthold).docx

Page 2 –    DECLARATION OF PETER J. VITEZNIK IN SUPPORT OF MOVANT MARK BERTHOLD'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL
Case No.: 3:26-cv-00328-JR

KILMER, VOORHEES & LAURICK,P.C.
A PROFESSIONAL CORPORATION
2701 NW VAUGHN STREET, SUITE 780
PORTLAND, OREGON 97210
(503) 224-0055 · FAX (503) 222-5290