**Timothy S. DeJong**, OSB No. 940662
Email: tdejong@stollberne.com
**Cody Berne,** OSB No. 142797
Email: cberne@stollberne.com
**Chloe Jasper**, OSB No. 253957
Email: cjasper@stollberne.com
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 Southwest Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840

*Local Counsel for Movant*

BERGER MONTAGUE PC
**Michael Dell'Angelo**
**Andrew D. Abramowitz**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Email: mdellangelo@bergermontague.com
        aabramowitz@bergermontague.com

*Proposed Lead Counsel and Counsel for Movant*


UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION


| | |
|---|---|
| CHADWICK P. TRUEDSON, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> NUSCALE POWER CORPORATION, JOHN L. HOPKINS, ROBERT RAMSEY HAMADY, and FLUOR CORPORATION, <br><br> Defendants. | Case No. 3:26-cv-00328-JR <br><br><br> **DECLARATION OF TIMOTHY S. DEJONG IN SUPPORT OF MOVANT MICHELLE CHEUK'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** |

I, Timothy S. DeJong, Esq. declare as follows:

1.      I am a member in good standing of the bar of the State of Oregon and am admitted to practice before this Court.  I submit this declaration in support of the motion filed by Proposed Lead Plaintiff Michelle Cheuk ("Movant") for the entry of an Order of the following: (1) appointing Movant as Lead Plaintiff on behalf of a class consisting of all persons who purchased or otherwise acquired the securities of NuScale Power Corporation between May 13, 2025 and November 6, 2025, inclusive (the "Class Period"); (2) approving Movant's selection of the law firms of Berger Montague PC as Lead Counsel for the class and Stoll Stoll Berne Lokting & Shlachter P.C.; and (3) granting such other and further relief as the Court may deem just and proper. I have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify competently thereto.

2.      Attached as Exhibits A through F are true and correct copies of the following documents:

EXHIBIT A:   Signed Certification of Michelle Cheuk pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B:   Notice of pendency of class action lawsuit against NuScale Power Corporation, published on *Business Wire* on February 18, 2026;

EXHIBIT C:   Chart reflecting calculation of financial losses sustained by Movant on Class Period transactions in NuScale securities;

EXHIBIT D:   Declaration of Michelle Cheuk in Support of Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel;

EXHIBIT E:   Berger Montague PC firm resume; and

EXHIBIT F:   Stoll Stoll Berne Lokting & Shlachter P.C. firm resume.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Executed this 20th day of April 2026.

/s/*Timothy S. DeJong*
Timothy S. DeJong
Email:  tdejong@stollberne.com

Page 2 – **DECLARATION OF TIMOTHY S. DEJONG**