**UNITED STATES DISTRICT COURT
DISTRICT OF OREGON**

| | |
|---|---|
| CHADWICK P. TRUEDSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NUSCALE POWER CORPORATION, JOHN L. HOPKINS, ROBERT RAMSEY HAMADY, and FLUOR CORPORATION,<br><br>Defendants. | Case No.: 3:26-cv-00328-JR<br><br>**DECLARATION OF MICHAEL YEABSLEY IN SUPPORT OF STUART L. BECKER'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** |

I, Michael Yeabsley hereby declare as follows:

1.      I am a partner at Ransom, Gilbertson, Martin & Ratliff, LLP ("RGMR"), liaison counsel for lead plaintiff movant Stuart L. Becker ("Movant") and proposed liaison counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's motion for appointment as Lead Plaintiff and approval of his selection of Levi & Korsinsky ("Levi & Korsinsky") as lead counsel and RGMR as liaison counsel for the class. Attached hereto as the exhibits indicated are true and correct copies of the following:

**Exhibit A**:    Certification of Movant attaching transactions made in NuScale Power Corporation ("NuScale or the "Company") common stock during the Class Period;

**Exhibit B**:    Table of the calculated losses incurred by Movant as a result of transactions in NuScale common stock;

**Exhibit C**:    Press release published February 18, 2026 on *Business Wire*, announcing the pendency of the first-filed action; and

2

**Exhibit D**:    Firm résumé of Levi & Korsinsky.

I declare under penalty of perjury that the foregoing facts are true and correct.


Dated: April 20, 2026                    By:    */s/ Michael Yeabsley*
                                                  Michael Yeabsley

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this day, April 20, 2026, a true and correct copy of the foregoing

document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

<u>*/s/ Michael Yeabsley*</u>
Michael Yeabsley