Nico Banks (OSB No. 241188)
**BANKS LAW OFFICE**
1121 SE Sherman Street, Unit A
Portland, OR 97214
Telephone: 971-678-0036
Email: nico@bankslawoffice.com

*Liaison Counsel for Lead Plaintiff Movant*
*the NuScale Investor Group and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**PORTLAND DIVISION**

|  |  |
|---|---|
| CHADWICK P. TRUEDSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NUSCALE POWER CORPORATION, JOHN L. HOPKINS, ROBERT RAMSEY HAMADY, and FLUOR CORPORATION,<br><br>Defendants. | Case No.: 3:26-cv-00328-JR<br><br>CLASS ACTION |

**DECLARATION OF NICO BANKS IN SUPPORT OF THE NUSCALE INVESTOR GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Nico Banks, Esq. declare as follows:

1.     I am a member in good standing of the bar of the State of Oregon and am admitted to practice before this Court.  I am an attorney for the Banks Law Office, Liaison Counsel for lead plaintiff movants J. Shannon Bouchillon, Seetharamireddy Mittala, and Steven Traczyk ("the NuScale Investor Group").  I submit this declaration in support of the NuScale Investor Group's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel in the above-captioned action.  I have personal knowledge of the matters stated herein, and, if called upon, I could and would competently testify thereto.

2.     Attached are true and correct copies of the following exhibits:

Exhibit A:     Notice of pendency of class action published on *Business Wire*, a national business-oriented wire service, on February 18, 2026;

Exhibit B:     Certifications of the NuScale Investor Group;

Exhibit C:     Table of the calculated losses incurred by the NuScale Investor Group as a result of transactions in NuScale Power Corporation securities;

Exhibit D:     Joint Declaration of the NuScale Investor Group;

Exhibit E:     Firm résumé of Kirby McInerney LLP; and

Exhibit F:     Firm résumé of Glancy Prongay Wolke & Rotter LLP.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 20th day of April 2026, at Portland, Oregon.

*/s/ Nico Banks*
Nico Banks

DECLARATION OF NICO BANKS IN SUPPORT OF THE NUSCALE INVESTOR GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL
Case No. 3:26-cv-00328-JR

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2026, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Nico Banks*
Nico Banks