JOSEPH MABE, OSB No. 045286
joe@saltlawgroup.com
KEITH A. PITT, OSB No. 973725
keith@saltlawgroup.com
Salt Law Group
100 SW Main Street, Suite 1025
Portland, Oregon 97204
Telephone: (503) 417-7777
Fax: (503) 214-8816

*Liaison Counsel for Proposed Lead Plaintiff Eric Alexander*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CHADWICK P. TRUEDSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NUSCALE POWER CORPORATION, JOHN L. HOPKINS, ROBERT RAMSEY HAMADY, and FLUOR CORPORATION,<br><br>Defendants. | Case No. 3:26-cv-00328-JR<br><br>CLASS ACTION ALLEGATION<br><br>DECLARATION OF JOSEPH MABE IN SUPPORT OF THE MOTION OF ERIC ALEXANDER FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL<br><br>Magistrate Judge Jolie A. Russo |

DECLARATION OF JOSEPH MABE IN SUPPORT OF THE MOTION OF ERIC
ALEXANDER FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS
SELECTION OF LEAD COUNSEL Case No. 3:26-cv-00328-JR

I, Joseph Mabe, declare as follows:

1.      I am a member of the law firm of Salt Law Group.  I submit this declaration in support of the Motion filed by Eric Alexander for: (1) appointment as Lead Plaintiff; (2) approval of his selection of Bleichmar Fonti & Auld LLP ("BFA") to serve as Lead Counsel for the Class; and (3) any such further relief as the Court may deem just and proper.

2.      Attached as Exhibits A through E are true and correct copies of the following documents:

EXHIBIT A:      Declaration of Mr. Alexander;

EXHIBIT B:      Notice of pendency of *Truedson v. NuScale Power Corporation*, No. 26-cv-328 (D. Or.) published on February 18, 2026;

EXHIBIT C:      Certification of Mr. Alexander;

EXHIBIT D:      Chart reflecting the financial interest of Mr. Alexander; and

EXHIBIT E:      Firm Resume of BFA.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 20th day of April 2026.


*/s/ Joseph Mabe*_____
Joseph Mabe, OSB No. 045286


DECLARATION OF JOSEPH MABE IN SUPPORT OF THE MOTION OF ERIC ALEXANDER FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL Case No. 3:26-cv-00328-JR