KELLER ROHRBACK L.L.P.
KEIL M. MUELLER, OSB No. 085535
kmueller@kellerrohrback.com
601 SW Second Avenue, Suite 1900
Portland, OR  97204
Telephone:  971/253-4600

Local Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
dmyers@rgrdlaw.com
MICHAEL ALBERT
malbert@rgrdlaw.com
KENNETH P. DOLITSKY
kdolitsky@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058

Proposed Lead Counsel for Proposed Lead Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CHADWICK P. TRUEDSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>NUSCALE POWER CORPORATION, et al.,<br><br>Defendants. | No. 3:26-cv-00328-JR<br><br>CLASS ACTION<br><br>DECLARATION OF KEIL M. MUELLER IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |

DECL. OF KEIL M. MUELLER IN SUPPORT OF MOT. FOR APPT. AS
LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SEL. OF
LEAD COUNSEL

I, KEIL M. MUELLER, declare as follows:

1.      I am an attorney duly licensed to practice before the courts of the State of Oregon and this Court.  I am a member of the law firm of Keller Rohrback L.L.P., local counsel for proposed lead plaintiff IAM National Pension Fund and Local 353, I.B.E.W. Pension Fund (collectively, the "Pension Funds") in the above-captioned securities class action.  I make this declaration in support of the Pension Funds' Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel; Memorandum of Law in Support Thereof.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:    Notice of pendency of class action published in *Business Wire*, a national business-oriented wire service, on February 18, 2026;

Exhibit B:    The Pension Funds' sworn Certifications;

Exhibit C:    The Pension Funds' estimate of losses, prepared by counsel;

Exhibit D:    The Pension Funds' Joint Declaration.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 20th day of April, 2026.

*s/ Keil M. Mueller*

KEIL M. MUELLER, OSB No. 085535
KELLER ROHRBACK L.L.P.
601 SW Second Avenue, Suite 1900
Portland, OR  97204
Telephone:  971/253-4600
kmueller@kellerrohrback.com

DECL. OF KEIL M. MUELLER IN SUPPORT OF MOT. FOR APPT. AS
LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SEL. OF
LEAD COUNSEL

# EXHIBIT A

Feb 18, 2026 9:35 PM Eastern Standard Time

# Robbins Geller Rudman & Dowd LLP Files Class Action Lawsuit Against NuScale Power Corporation (SMR), Announces Opportunity for Investors with Substantial Losses to Lead NuScale Class Action Lawsuit

**Share**

SAN DIEGO--(BUSINESS WIRE)--Robbins Geller Rudman & Dowd LLP announces that purchasers of NuScale Power Corporation (NYSE: SMR) Class A common stock between May 13, 2025 and November 6, 2025, inclusive (the "Class Period"), have until April 20, 2026 to seek appointment as lead plaintiff of the *NuScale* class action lawsuit. Captioned *Truedson v. NuScale Power Corporation*, No. 26-cv-00328 (D. Or.), the *NuScale* class action lawsuit charges NuScale, certain NuScale top executive officers, and Flour Corporation with violations of the Securities Exchange Act of 1934.

**If you suffered substantial losses and wish to serve as lead plaintiff of the *NuScale* class action lawsuit, please provide your information here:**

https://www.rgrdlaw.com/cases-nuscale-power-class-action-lawsuit-smr.html

**You can also contact attorney J.C. Sanchez of Robbins Geller by calling 800/449-4900 or via e-mail at info@rgrdlaw.com.**

**CASE ALLEGATIONS**: NuScale's core technology, the NuScale Power Module ("NPM"), is a small modular nuclear reactor designed to generate energy within a broader power plant. Prior to the start of the Class Period, NuScale entered into a global commercialization partnership with ENTRA1 Energy LLC and NuScale and its executives claimed that this critical partnership would allow NuScale to take its

NPM technology from the development stage to deployment. NuScale's reliance on ENTRA1 as an exclusive commercialization partner appeared to be validated when, on September 2, 2025, ENTRA1 and the Tennessee Valley Authority ("TVA") jointly announced an agreement to develop power plants to provide the TVA with up to six gigawatts of new nuclear power generation.

However, the *NuScale* class action lawsuit alleges that defendants throughout the Class Period made false and/or misleading statements and/or failed to disclose that: (i) ENTRA1 had never built, financed, or operated any significant projects – let alone projects in the highly technical and complicated field of nuclear power generation – during its entire operating history; (ii) NuScale had entrusted its commercialization, distribution, and deployment of its NPMs and hundreds of millions of dollars of NuScale capital to an entity that lacked any significant prior experience owning, financing, or operating nuclear energy generation facilities; (iii) the purported experience and qualifications attributed to ENTRA1 by defendants during the Class Period in fact referred to the purported experience and qualifications of the principals of the Habboush Group, a distinct entity without significant experience in the field of nuclear power generation; and (iv) as a result, NuScale's commercialization strategy was exposed to material, undisclosed risks of failure, delays, regulatory challenges, or other negative setbacks.

The *NuScale* investor class action further alleges that on November 6, 2025 NuScale revealed that NuScale's general and administrative expenses had ballooned more than 3,000% to $519 million during its third fiscal quarter, up from $17 million in the prior year period, due largely to NuScale's payment of $495 million to ENTRA1 for its TVA agreement. As a result, NuScale's quarterly net loss skyrocketed to $532 million, up from $46 million in the prior year period. During the corresponding conference call, analysts pressed NuScale management regarding whether ENTRA1 was sufficiently experienced to own and operate the energy generation facilities contemplated by the TVA agreement. NuScale's CEO, defendant John L. Hopkins, further revealed during the call that the agreement between ENTRA1 and TVA contemplated as many as 72 NPMs, meaning NuScale's milestone payments to ENTRA1 could potentially exceed more than $3 billion. On this news, the price of NuScale Class A shares declined more than 12% over a two-day trading period.

The plaintiff is represented by Robbins Geller, which has **extensive experience** in prosecuting investor class actions including actions involving financial fraud. You can view a copy of the complaint **by clicking here**.

**THE LEAD PLAINTIFF PROCESS**: The Private Securities Litigation Reform Act of 1995 permits any investor who purchased NuScale Class A common stock during the Class Period to seek appointment as lead plaintiff in the *NuScale* class action lawsuit. A lead plaintiff is generally the movant with the greatest financial interest in the relief sought by the putative class who is also typical and adequate of the putative class. A lead plaintiff acts on behalf of all other class members in directing the *NuScale* class action lawsuit. The lead plaintiff can select a law firm of its choice to litigate the *NuScale* class action lawsuit. An investor's ability to share in any potential future recovery of the *NuScale* class action lawsuit is not dependent upon serving as lead plaintiff.

**ABOUT ROBBINS GELLER:** Robbins Geller Rudman & Dowd LLP is one of the world's leading law firms representing investors in securities fraud and shareholder rights litigation. Our Firm ranked #1 on the most recent ISS Securities Class Action Services Top 50 Report, recovering more than $916 million for investors in 2025. This marks our fourth #1 ranking in the past five years. And in those five years alone, Robbins Geller recovered $8.4 billion for investors – $3.4 billion more than any other law firm. With 200 lawyers in 10 offices, Robbins Geller is one of the largest plaintiffs' firms in the world, and the Firm's attorneys have obtained many of the largest securities class action recoveries in history, including the largest ever – $7.2 billion – in *In re Enron Corp. Sec. Litig.* Please visit the following page for more information:

https://www.rgrdlaw.com/services-litigation-securities-fraud.html

Past results do not guarantee future outcomes.
Services may be performed by attorneys in any of our offices.

## Contacts

Robbins Geller Rudman & Dowd LLP

J.C. Sanchez

655 W. Broadway, Suite 1900, San Diego, CA 92101

800-449-4900

info@rgrdlaw.com

**Industry:**        Class Action Lawsuit    Professional Services    Legal

**Robbins Geller Rudman & Dowd LLP**

ATTORNEY ADVERTISING

## ROBBINS GELLER RUDMAN & DOWD LLP

⤒ NYSE:SMR

### RELEASE SUMMARY

The case alleges that NuScale failed to disclose that it entrusted its NPM commercialization to an entity that lacked significant prior experience.

### RELEASE VERSIONS

English

### $CASHTAGS
$SMR

### HASHTAGS
#NuScale

#NuScaleClassActionLawsuit

#NuScalePowerCorporation

#SMR

### CONTACTS

Robbins Geller Rudman & Dowd LLP
J.C. Sanchez
655 W. Broadway, Suite 1900, San Diego, CA 92101

# EXHIBIT B

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

IAM National Pension Fund ("Plaintiff") declares:

1.    Plaintiff has reviewed a complaint and authorized its filing.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.    Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.    Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.    Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.    Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

*Operating Engineers Pension Fund v. Neogen Corporation*, No. 1:25-cv-00802 (W.D. Mich.)

6.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of March, 2026.

IAM National Pension Fund

By: _____
Yolanda D. Montgomery,
Executive Director

NUSCALE

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Common Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 07/16/2025 | 561 | $46.09 |
| 07/16/2025 | 899 | $46.09 |
| 07/25/2025 | 26 | $51.67 |
| 07/25/2025 | 1,699 | $51.67 |
| 08/01/2025 | 1,037 | $44.43 |
| 08/04/2025 | 105 | $43.38 |
| 08/04/2025 | 907 | $43.38 |
| 08/05/2025 | 100 | $45.13 |
| 08/05/2025 | 220 | $45.13 |
| 08/05/2025 | 616 | $45.13 |
| 10/14/2025 | 14,618 | $46.48 |
| 10/15/2025 | 10,749 | $51.29 |
| 10/16/2025 | 12,594 | $50.42 |
| 10/23/2025 | 12,415 | $36.59 |

Prices listed are rounded up to two decimal places.

CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

LOCAL 353, I.B.E.W. PENSION FUND ("Plaintiff") declares:

1.      Plaintiff has reviewed a complaint and authorized its filing.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.      Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

*Michiana Area Electrical Workers' Pension Fund v. Inari Medical, Inc.*, No. 1:24-cv-03686 (S.D.N.Y.)
*Kachrodia v. Acadia Healthcare Company*, No. 3:24-cv-01238 (M.D. Tenn.)

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 24th day of February, 2026.

LOCAL 353, I.B.E.W. PENSION FUND

By:  _____
     Learco Caprio, Trustee

By:  _____
     David Graham, Trustee

NUSCALE

## SCHEDULE A

## SECURITIES TRANSACTIONS

Common Stock

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 10/14/2025 | 5,625 | $46.48 |
| 10/15/2025 | 4,136 | $51.29 |
| 10/16/2025 | 4,845 | $50.42 |
| 10/23/2025 | 4,782 | $36.59 |

Prices listed are rounded up to two decimal places.

# EXHIBIT C

Movants' Purchases and Losses                Class Period: 05/13/2025 - 11/06/2025                NuScale Power Corp.

| Name | Date | Shares Acquired | Price | Total Cost | Date** | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **IAM National Pension Fund** | 07/16/2025 | 561 | $46.09 | $25,856.49 | 01/16/2026 | 50,376 | $20.10 | $1,012,335.95 | |
| | 07/16/2025 | 899 | $46.09 | $41,434.91 | held | 6,170 | $19.41 | $119,772.04 | |
| | 07/25/2025 | 26 | $51.67 | $1,343.42 | | | | | |
| | 07/25/2025 | 1,699 | $51.67 | $87,787.33 | | | | | |
| | 08/01/2025 | 1,037 | $44.43 | $46,073.91 | | | | | |
| | 08/04/2025 | 105 | $43.38 | $4,554.90 | | | | | |
| | 08/04/2025 | 907 | $43.38 | $39,345.66 | | | | | |
| | 08/05/2025 | 100 | $45.13 | $4,513.00 | | | | | |
| | 08/05/2025 | 220 | $45.13 | $9,928.60 | | | | | |
| | 08/05/2025 | 616 | $45.13 | $27,800.08 | | | | | |
| | 10/14/2025 | 14,618 | $46.48 | $679,457.80 | | | | | |
| | 10/15/2025 | 10,749 | $51.29 | $551,315.14 | | | | | |
| | 10/16/2025 | 12,594 | $50.42 | $635,017.19 | | | | | |
| | 10/23/2025 | 12,415 | $36.59 | $454,307.06 | | | | | |
| | | **56,546** | | **$2,608,735.48** | | **56,546** | | **$1,132,107.99** | **($1,476,627.49)** |
| | | | | | | | | | |
| **Local 353, I.B.E.W. Pension Fund** | 10/14/2025 | 5,625 | $46.48 | $261,455.06 | 01/16/2026 | 19,388 | $20.10 | $389,613.47 | |
| | 10/15/2025 | 4,136 | $51.29 | $212,135.03 | | | | | |
| | 10/16/2025 | 4,845 | $50.42 | $244,295.56 | | | | | |
| | 10/23/2025 | 4,782 | $36.59 | $174,989.64 | | | | | |
| | | **19,388** | | **$892,875.28** | | **19,388** | | **$389,613.47** | **($503,261.81)** |
| | | | | | | | | | |
| **Movants' Total** | | **75,934** | | **$3,501,610.76** | | **75,934** | | **$1,521,721.46** | **($1,979,889.30)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period.  The price used is $19.41 as of February 04, 2026 for common stock.

**For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price) will be used depending on which value is higher.

Prices listed are rounded up to two decimal places.

# EXHIBIT D

## JOINT DECLARATION

We, the representatives of IAM National Pension Fund and Local 353, I.B.E.W. Pension Fund (collectively, the "Pension Funds"), pursuant to 28 U.S.C. §1746, declare as follows:

1.     We respectfully submit this Joint Declaration in support of the Pension Funds' motion for appointment as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), and for approval of our selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel. We each have personal knowledge about the information in this Joint Declaration relating to our own activities, actions, and beliefs.

2.     I, Yolanda D. Montgomery, am the Executive Director of the IAM National Pension Fund and am authorized to make this Joint Declaration on its behalf. IAMNPF is a multiemployer defined-benefit pension plan headquartered in Washington, D.C. that has provided retirement benefits for members of the International Association of Machinists and Aerospace Workers and their families since 1960. IAMNPF is one of the largest multiemployer pension funds in the United States, with more than $14 billion in assets under management overseen for the benefit of more than 100,000 participants and beneficiaries. As reflected in its Certification, IAMNPF purchased a significant number of shares of NuScale Power Corporation Class A common stock during the Class Period and suffered a substantial loss as a result of the alleged violations of the federal securities laws in this action. IAMNPF's familiarity with the PSLRA's requirements is informed by, among other things, its experience serving as a lead plaintiff as part of a small group of institutional investors in *Allegheny Cnty. Emps.' Ret. Sys. v. Energy Transfer LP*, No. 2:20-cv-00200 (E.D. Pa.), in which IAMNPF and its fellow lead plaintiffs obtained a $15 million recovery on behalf of the class.

3.    I, Kim Macpherson, am the Chief Executive Officer for the Toronto Electrical Industry Benefit Administration Services and am authorized to make this Joint Declaration on behalf of Local 353 PF.  Local 353 PF is a multi-employer, defined-benefit pension plan located in Ontario, Canada.  Local 353 PF manages more than CAD $2 billion in assets on behalf of over 10,000 active members, retirees, and beneficiaries who are members of the International Brotherhood of Electrical Workers working in a variety of electrical disciplines across central Ontario.  As reflected in its Certification, Local 353 PF purchased a significant number of shares of NuScale Class A common stock during the Class Period and suffered a substantial loss as a result of the alleged violations of the federal securities laws in this action.  Local 353 PF's familiarity with the PSLRA's requirements is informed by, among other things, its experience serving as lead plaintiff as part of a small group of institutional investors in *Michiana Area Elec. Workers' Pension Fund v. Inari Med., Inc.*, No. 1:24-cv-03686 (S.D.N.Y.), where Local 353 PF is currently serving as a lead plaintiff alongside other institutional investors.

4.    We are aware of and are prepared to fulfill the responsibilities and requirements of being a lead plaintiff in a securities class action.  We understand that a lead plaintiff is responsible for overseeing lead counsel, ensuring the efficient and vigorous representation of the class, and maximizing recovery for the class.  We believe that our combined experience, knowledge, and sophistication enable us to zealously represent the interests of the proposed class.  We are motivated to recover the significant losses that we incurred as a result of the defendants' alleged violations of the federal securities laws, and our principal goal in seeking appointment as lead plaintiff is to ensure that this litigation is supervised by experienced and sophisticated institutional investors and effectively prosecuted to achieve the best possible recovery for the class.

JOINT DECLARATION                                                                                          Page 2

5.     The Pension Funds' decision to seek appointment as lead plaintiff together was informed by a number of factors, including our complementary trading patterns during the Class Period, our significant losses, our shared advisers (including the investment manager that purchased NuScale securities on our behalf), and our positive experiences serving as lead plaintiffs as part of small groups of institutional investors in securities litigation. As sophisticated institutional investors that each incurred substantial losses as a result of the securities law violations at issue in this litigation, we believe our joint appointment would advance the interests of the proposed class.

6.     Before filing our lead plaintiff motion, the Pension Funds conferred about our leadership and oversight of this litigation. The Pension Funds considered, among other things, the status of Robbins Geller's investigation and the merits of the action, the strategy for joint prosecution of the case, the lead plaintiff process, the complementary nature of our institutions' trading patterns, the strengths of seeking appointment together as a partnership of two pension funds each with prior experience serving as part of a lead plaintiff group, and the Pension Funds' oversight of Robbins Geller. The Pension Funds also discussed how we would approach making joint decisions on short notice. If appointed lead plaintiff, the Pension Funds will confer as necessary, with or without counsel, to ensure effective oversight and direction of counsel.

7.     We understand that a lead plaintiff acts on behalf of and for the benefit of all potential class members. We are aware that the lead plaintiff's responsibilities include interacting with and directing counsel, reviewing and commenting on important documents in the case, attending important court hearings, participating in discovery, overseeing settlement discussions, attending trial if necessary, and authorizing any potential settlement on behalf of the class. We are willing and able to undertake these responsibilities on behalf of the class.

JOINT DECLARATION                                                                                    Page 3

8.     We understand that, as lead plaintiff, it is our responsibility to select counsel for the class. We have selected Robbins Geller as Lead Counsel because of the Firm's investigation and filing of this action, its extensive securities litigation experience, and the outstanding results the Firm has achieved on behalf of defrauded investors.

I declare, under penalty of perjury, that the foregoing is true and correct.

DATED: April 20, 2026

Yolanda D. Montgomery
Executive Director
IAM National Pension Fund

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

DATED: _____

Kim Macpherson
Chief Executive Officer
Toronto Electrical Industry Benefit
 Administration Services

JOINT DECLARATION                                                      Page 4

8.      We understand that, as lead plaintiff, it is our responsibility to select counsel for the class. We have selected Robbins Geller as Lead Counsel because of the Firm's investigation and filing of this action, its extensive securities litigation experience, and the outstanding results the Firm has achieved on behalf of defrauded investors.

I declare, under penalty of perjury, that the foregoing is true and correct.

DATED: _____   _____

            Yolanda D. Montgomery
            Executive Director
            IAM National Pension Fund

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

DATED: April 16, 2026 _____

            Kim Macpherson
            Chief Executive Officer
            Toronto Electrical Industry Benefit
             Administration Services