JOSEPH MABE, OSB No. 045286
joe@saltlawgroup.com
KEITH A. PITT, OSB No. 973725
keith@saltlawgroup.com
Salt Law Group
100 SW Main Street, Suite 1025
Portland, Oregon 97204
Telephone:  (503) 417-7777
Fax:  (503) 214-8816

*Liaison Counsel for Proposed Lead Plaintiff Eric Alexander*
*Additional Counsel on Signature Page*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CHADWICK P. TRUEDSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NUSCALE POWER CORPORATION, JOHN L. HOPKINS, ROBERT RAMSEY HAMADY, and FLUOR CORPORATION,<br><br>Defendants. | Case No. 3:26-cv-00328-JR<br><br>CLASS ACTION ALLEGATION<br><br>RESPONSE IN SUPPORT OF THE MOTION OF ERIC ALEXANDER FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL<br><br>Magistrate Judge Jolie A. Russo |

Eric Alexander respectfully submits this response in support of his motion for appointment as Lead Plaintiff and approval of his selection of counsel.  ECF No. 17 (the "Motion").

On April 20, 2026, Mr. Alexander timely filed his Motion pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), seeking appointment as Lead Plaintiff and approval of his selection of Bleichmar Fonti & Auld LLP as Lead Counsel for the Class.  Six other movants also filed motions seeking Lead Plaintiff appointment.  *See* ECF Nos. 8, 10, 12, 13, 16, 19.  Mr. Alexander has reviewed the competing Lead Plaintiff motions and has determined that he does not claim the largest financial interest in this case.

The PSLRA provides that, in selecting a Lead Plaintiff, courts "shall adopt a presumption" that the movant asserting the "largest financial interest in the relief sought by the class," that otherwise satisfies the typicality and adequacy requirements of Rule 23 of the Federal Rules of Civil Procedure ("Rule 23"), is the "most adequate plaintiff" to represent the class. 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I).  Here, as set forth in his Motion and supporting documents, Mr. Alexander suffered a substantial loss of roughly $357,000.  ECF No. 17 at 8.  Mr. Alexander also satisfies the typicality and adequacy requirements of Rule 23 because his claims are typical of the members of the class, and he will fairly and adequately protect the interests of the class.  *Id.* at 8-10.

Given Mr. Alexander's substantial financial interest and ability to represent the class, should the Court find that any movant with a larger claimed financial interest fails to meet the PSLRA's criteria for appointment, Mr. Alexander respectfully requests that the Court grant his Motion, appoint him as Lead Plaintiff, and approve his selection of counsel.  *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii).

RESPONSE IN SUPPORT OF THE MOTION OF ERIC ALEXANDER FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL Case No. 3:26-cv-00328-JR

2

DATED: May 4, 2026                          Respectfully Submitted,

                                            **SALT LAW GROUP**

                                            */s/ Joseph Mabe*
                                            Joseph Mabe, OSB No. 045286
                                            Keith A. Pitt, OSB No. 973725
                                            100 SW Main Street, Suite 1025
                                            Portland, Oregon 97204
                                            Telephone:  (503) 417-7777
                                            Fax:  (503) 214-8816
                                            joe@saltlawgroup.com
                                            keith@saltlawgroup.com

                                            *Liaison Counsel for Proposed Lead Plaintiff*
                                            *Eric Alexander*

                                            **BLEICHMAR FONTI & AULD LLP**
                                            Javier Bleichmar
                                            300 Park Avenue, Suite 1301
                                            New York, New York 10022
                                            Telephone: (212) 789-1340
                                            Facsimile: (212) 205-3960
                                            jbleichmar@bfalaw.com

                                            -and-

                                            Ross Shikowitz
                                            75 Virginia Road
                                            White Plains, New York 10603
                                            Telephone: (914) 265-2991
                                            Facsimile: (212) 205-3960
                                            rshikowitz@bfalaw.com

                                            -and-

                                            Adam C. McCall
                                            1330 Broadway, Suite 630
                                            Oakland, California 94612
                                            Telephone: (415) 445-4003
                                            Facsimile: (415) 445-4020
                                            amccall@bfalaw.com

                                            *Counsel for Proposed Lead Plaintiff*
                                            *Eric Alexander and Proposed Lead Counsel for*
                                            *the Class*

RESPONSE IN SUPPORT OF THE MOTION OF ERIC ALEXANDER FOR APPOINTMENT
AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL Case
No. 3:26-cv-00328-JR

3

## CERTIFICATE OF COMPLIANCE WITH L.R. 7-2(b)(2)

I certify that this filing complies with the applicable word-count limitation under L.R. 7-2(b), 26-3(b), 54-1(c), or 54-3(e) because it contains 302 words, including headings, footnotes, and quotations, but excluding the caption, table of contents, table of authorities, signature block, and any certificates of counsel.

Executed this 4th day of May 2026.

/s/ Joseph Mabe
Joseph Mabe, OSB No. 045286

RESPONSE IN SUPPORT OF THE MOTION OF ERIC ALEXANDER FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL Case No. 3:26-cv-00328-JR

4